# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No. 1:24-cv-00521-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 11) |

On July 12, 2024, the parties submitted a stipulated motion for an extension of time to file Plaintiff's motion for summary judgment, extending the deadline from July 29, 2024, to August 28, 2024. (ECF No. 11.) The Court finds good cause exists to grant the extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the schedule (ECF No. 11) is GRANTED;
2. Plaintiff shall have until **August 28, 2024**, to file the motion for summary judgment; and
3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated: **July 12, 2024**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1