# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00521-SAB<br><br>ORDER RE STIPULATION FOR BRIEFING EXTENSION<br><br>(ECF No. 15) |

　　　　On September 25, 2024, a stipulation was filed to allow Defendant a thirty-day extension of time to file a response to Plaintiff's motion for summary judgment. (ECF No. 15.)

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant's response shall be filed **on or before October 28, 2024**; and

　　　　2.　　All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:　**September 26, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1