# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS, | Case No. 1:24-cv-00521-SAB |
| Plaintiff, | |
| | ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

Catherine Hooks ("Plaintiff") filed this action on May 1, 2024 challenging the final decision of the Commissioner of Social Security's final decision denying his application for Social Security Benefits.  The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes.  (ECF Nos. 6, 8, 9.)  On September 27, 2024, a stipulation for voluntary remand was filed in this action.  (ECF No. 17.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1.    This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 17);

2.    All pending dates and matters are VACATED; and

/ / /

/ / /

1

3.      Judgment is ENTERED in favor of Plaintiff Catherine Hooks and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **September 27, 2024**

UNITED STATES MAGISTRATE JUDGE