# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:24-cv-00521-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 20) |

  On December 26, 2024, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d).  (ECF No. 20.)

  Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of SEVEN THOUSAND THREE HUNDRED EIGHTY SEVEN DOLLARS AND 52/100 ($7,387.52) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **December 27, 2024**

            STANLEY A. BOONE
            United States Magistrate Judge